HORACE WALKER SARGANT and THOMAS HOWARD SARGANT, Copartners Doing Business under the Firm Name and Style of W. T. SARGANT & SONS, Respondents, v. WARREN E. MONROE, Doing Business under the Firm Name and Style of ROESLING MONROE & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

CECELIA VERA MILLER, Appellant, v. CHARLES H. MILLER, Also Known as GEORGE GORDEN, CHARLES HARD, GEORGE HART and HART MILLER, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of DAVID BLACK, Appellant, for an Order against WILLIAM FELLOWES MORGAN, JR., Commissioner of Public Markets, Weights and Measures of the City of New York, and PAUL MOSS, License Commissioner of the City of New York, Respondents.— There is no evidence in the record that the petitioner was granted a hearing to which he was entitled before the revocation of his license. Order unanimously reversed, with twenty dollars costs and disbursements, the determination of the license commissioner annulled and petitioner's license directed to be restored to him. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

NATHAN A. HURWITZ, Respondent, v. RCA MANUFACTURING COMPANY, INC., PUBLISHERS' SERVICE Co., INC., Defendants, and NEW YORK POST, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, defendant-appellant's motion to vacate granted and plaintiff's cross-motion denied. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to modify by limiting the examination to items 1 and 4.

In the Matter of the Arbitration of BERTWELL CONSTRUCTION Co., INC., Appellant, and DELLWOOD DAIRY Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.